HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br> vs.<br><br>MARCUS ANTHONY MALUHIA ARAIZA, JR.,<br><br>    *Defendant.* | Case No.  1:15-cr-00239 DAD-BAM<br><br>STIPULATION TO SET BAIL REVIEW HEARING; ORDER THEREON<br><br>DATE:  April 5, 2016<br>TIME:   1:30 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Marcus Araiza, that a bail review hearing may be set for Tuesday, April 5, 2016, at 1:30 p.m., before The Honorable Sheila K. Oberto.

  The parties realize that bail review hearings are normally scheduled on Mondays or Wednesdays.  However, the defendant is in custody at the Fresno County Jail and due to scheduling conflicts, placing this matter on a Monday or Wednesday would result in undue delay. For this reason it is requested that the hearing be scheduled for Tuesday, April 5, 2016.

//

//

//

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 1, 2016          /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Dated:  April 1, 2016           /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.


**O R D E R**

IT IS SO ORDERED.

Dated:  **April 1, 2016**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE