1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, CA Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   MARCUS ANTHONY ARAIZA, JR.,

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   No. 1:15-cr-00239 DAD BAM
                                        )
12                  *Plaintiff,*        )
                                        )
13           v.                         )   WAIVER OF DEFENDANT'S PERSONAL
                                        )   PRESENCE; [PROPOSED] ORDER
14  MARCUS ANTHONY ARAIZA, JR.,         )   THEREON
                                        )
15                  *Defendant.*        )
                                        )
    ────────────────────────────────────

16

17          Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Marcus Anthony Araiza, Jr., having

18  been advised of his right to be present at all stages of the proceedings, hereby requests that this

19  Court proceed in his absence on every occasion that the Court may permit, pursuant to this

20  waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his

21  attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

22  Defendant were personally present, and requests that this court allow his attorney-in-fact to

23  represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney

24  that Defendant's presence is required will be deemed notice to the Defendant of the requirement

25  of his appearance at said time and place.

26  ///

27  ///

28  ///

1    Defendant makes this request because he resides in Yucaipa, California, and his

2    conditions of release include the requirement that he not leave his residence unless accompanied

3    by a responsible adult, approved in advance by Pretrial Services.  Mr. Araiza wishes to minimize

4    the time and expense involved in traveling to Fresno, for both himself and an accompanying

5    responsible adult, for non-dispositive hearings.  The Hon. Eric P. Grosjean approved this request

6    at Mr. Araiza's May 27, 2016 vail review hearing (docket 21), subject to the filing of a written

7    rule 43 waiver.

8

9    DATED: July 21, 2016                    /s/ *Marcus Anthony Araiza*
                                             MARCUS ANTHONY ARAIZA, Jr.
10                                           Defendant

11

12   DATED: July 21, 2016                    /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
13                                           Assistant Federal Defender
                                             Attorney for
14                                           MARCUS ANTHONY ARAIZA, Jr.

15

16

17                                    **O R D E R**

18        GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's

19   appearance may be waived at any and all non-substantive pretrial proceedings until further order.

20

21   IT IS SO ORDERED.

22   Dated:   **July 21, 2016**                    /s/ *Barbara A. McAuliffe*

23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28