HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCUS ANTHONY MALUHIA ARAIZA, JR.,<br><br>    Defendant. | Case No. 1:15-cr-00239-DAD-BAM<br><br>ORDER GRANTING APPLICATION FOR SUBPOENA PURSUANT TO FED. R. CRIM. P. 17(c) ON BEHALF OF DEFENDANT<br><br>Judge:  Hon. Dale A. Drozd |

Defendant Marcus Anthony Maluhia Araiza, Jr's Application for Subpoena Duces Tecum is hereby granted pursuant to Federal Rule of Criminal Procedure 17(c).  The Court authorizes the issuance of subpoenas duces tecum to the Custodian of Records for Los Osos High School and/or the Chaffey Joint Union High School District, 6001 Milliken Avenue, Rancho Cucamonga, California, 91737, for production of the following records:

> A copy of the cumulative student file of former student Marcus Araiza, Jr. (DOB: 09/16/1994), including all records, notes, documents, transcripts, disciplinary reports and social history

IT IS SO ORDERED.

Dated:  **March 30, 2017**

_____
UNITED STATES DISTRICT JUDGE