1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    ERIC V. KERSTEN, CA Bar #226429
     2300 Tulare Street, Suite 330
3    Fresno, California  93721-2226
     Telephone: (559) 487-5561
4
     Counsel for Defendant
5    MARCUS ANTHONY MALUHIA ARAIZA, JR.

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )  Case No.  1:15-cr-00239-DAD-BAM
                                        )
12            *Plaintiff,*               )  STIPULATION AND ORDER TO CONTINUE
                                        )  SENTENCING HEARING
13        vs.                           )
                                        )
14   MARCUS ANTHONY MALUHIA             )  DATE:  May 22, 2017
     ARAIZA, JR.,                       )  TIME:   10:00 a.m.
15                                      )  JUDGE: Hon. Dale A. Drozd
                                        )
16            *Defendant.*               )

17

18        **IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel,

19   Assistant United States Attorney Melanie L. Alsworth, counsel for plaintiff, and Assistant Federal

20   Defender Eric V. Kersten, counsel for defendant Marcus Araiza, that the sentencing hearing

21   scheduled May 1, 2017, may be continued to May 22, 2017, or the soonest date thereafter

22   convenient to the court.

23        The defense is obtaining materials pertinent to Mr. Araiza's education and upbringing that

24   may be relevant to sentencing.  The proposed continuance is requested to allow the defense

25   additional time to provide relevant information to the United States Probation Office for possible

26   consideration prior to completion of the final Presentence Investigation Report. The government

27   does not object to the requested continuance.

28   ///

1      The parties agree that the delay resulting from this request shall be excluded in the

2 interests of justice, for effective defense investigation and preparation pursuant to 18 U.S.C. §§

3 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)..

4

5                                 PHILIP A. TALBERT
                                United States Attorney

6

7 Dated:  March 31, 2017           */s/ Melanie  L. Alsworth*
                                MELANIE L. ALSWORTH

8                                 Assistant United States Attorney
                                Attorney for Plaintiff

9

10                                 HEATHER E. WILLIAMS

11                                 Federal Defender

12

13 Dated:  March 31, 2017           */s/ Eric V. Kersten*
                                ERIC V. KERSTEN

14                                 Assistant Federal Defender
                                Attorney for Defendant

15                                 MARCUS ANTHONY MALUHIA ARAIZA, JR.

16

17                               **O R D E R**

18      The Court has reviewed and considered the stipulation of the parties to continue the

19 sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named

20 defendant currently scheduled for May 1, 2017, is continued until May 22, 2017, at 10:00 a.m. in

21 Courtroom 5 before District Judge Dale A. Drozd.

22

23 IT IS SO ORDERED.

24   Dated:  **April 3, 2017**

25                               UNITED STATES DISTRICT JUDGE

26

27

28