| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | 2300 Tulare Street, Suite 330 |
| 3 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Counsel for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00239 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| vs. | ) | |
| | ) | |
| MARCUS ANTHONY MALUHIA ARAIZA, JR., | ) | DATE: June 12, 2017 |
| | ) | TIME:   10:00 a.m. |
| | ) | JUDGE: Hon. Dale A. Drozd |
| | ) | |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Marcus Araiza, that the sentencing hearing scheduled May 22, 2017 may be continued to June 12, 2017, or the soonest date thereafter convenient to the court.

Due to unanticipated family circumstances defense counsel will be out of the state beginning May 2, 2017, and continuing through May 8, 2017. Consequently, counsel will be unable to file Mr. Araiza's sentencing memorandum and objections in a timely manner. This continuance is requested to allow for the timely filing of sentencing materials and to accommodate the calendars of counsel.

///

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for continuity of counsel and effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

PHILIP A. TALBERT
United States Attorney

Dated: May 1, 2017   */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: May 1, 2017   */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.

### **O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 22, 2017, is continued until June 16, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 1, 2017**   _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE