HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00239 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND |
| v. | ) | SURRENDER DATE; |
| | ) | ORDER |
| MARCUS ANTHONY MALUHIA ARAIZA, JR., | ) | |
| | ) | Judge: Hon. Dale A. Droza |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, that the surrender date for Marcus Anthony Maluhia Araiza, Jr., to the United States Bureau of Prisons, to commence service of his term of incarceration, may be extended to no later than 2:00 p.m., on Monday, August 21, 2017. The current surrender date is Monday, July 24, 2017. All other conditions of Mr. Araiza's release shall remain in full force and effect.

At sentencing, the Court recommended "strongly" that Mr. Araiza be designated to a BOP facility with an inpatient sex offender treatment program. However, Araiza has been designated to a facility that offers only an outpatient program. This extension is requested to

///

///

///

allow time for counsel to attempt to have Mr. Araiza redesignated to a facility with an inpatient sex offender treatment program. The government does not object to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: July 13, 2017 /s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney
Counsel for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 13, 2017 /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Counsel for Defendant
Marcus Anthony Maluhia Araiza, Jr.

## **O R D E R**

**IT IS SO ORDERED.** The date for Marcus Anthony Maluhia Araiza, Jr. to surrender to the United States Bureau of Prisons for service of his term of incarceration is hereby extended from July 24, 2017, to August 21, 2017, at no later than 2:00 p.m. All other conditions of Mr. Araiza's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 13, 2017**

UNITED STATES DISTRICT JUDGE

Araiza: Stipulation to
Extend Surrender Date

-2-