HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS ANTHONY MALUHIA ARAIZA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00239-DAD-BAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | TO EXTEND SURRENDER DATE |
| MARCUS ANTHONY MALUHIA ARAIZA, JR., | ) | |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, that the surrender date for Marcus Anthony Maluhia Araiza, Jr., to the United States Bureau of Prisons, to commence service of his term of incarceration, may be extended to no later than 2:00 p.m., on Monday, September 11, 2017. The current surrender date is Monday, August 21, 2017. All other conditions of Mr. Araiza's release shall remain in full force and effect.

The United States Bureau of Prisons has designated Mr. Araiza to report to its facility located in Mariano, Florida. The defense hoped to have this designation changed, but has been unable to do so. Because Mr. Araiza was hoping the designation would be changed, he has not yet made travel arrangements. In addition, Araiza's conditions of releases require that he be accompanied by an adult approved in advance by Pretrial Services whenever he leaves his residence.

///

1

This extension is requested to allow time for Araiza to obtain reasonable airfare to Florida, and for accompanying family members to arrange for time off from work. The government does not object to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: August 17, 2017              */s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Counsel for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: August 17, 2017              */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Counsel for Defendant
Marcus Anthony Maluhia Araiza, Jr.


## **O R D E R**

**IT IS SO ORDERED.** The date for Marcus Anthony Maluhia Araiza, Jr. to surrender to the United States Bureau of Prisons for service of his term of incarceration is hereby extended from August 21, 2017, to September 11, 2017, at no later than 2:00 p.m. All other conditions of Mr. Araiza's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 18, 2017**

UNITED STATES DISTRICT JUDGE