1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MARCUS ANTHONY MALUHIA ARAIZA, JR

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Case No. 1:15-cr-00239-DAD-BAM
                                     )
12                  Plaintiff,       )    STIPULATION AND ORDER
                 v.                  )    TO EXTEND SURRENDER DATE
13                                   )
                                     )
14  MARCUS ANTHONY MALUHIA           )
    ARAIZA, JR.,                     )
15                                   )    Judge: Hon. Dale A. Droza
                    Defendant.       )
16                                   )
                                     )
17  _____)

18       **IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel,

19  that the surrender date for Marcus Anthony Maluhia Araiza, Jr., to the United States Bureau of

20  Prisons, to commence service of his term of incarceration, may be extended to no later than 2:00

21  p.m., on Tuesday, September 12, 2017. The current surrender date is Monday, September 11,

22  2017. All other conditions of Mr. Araiza's release shall remain in full force and effect.

23       The United States Bureau of Prisons has designated Mr. Araiza to report to its facility

24  located in Mariano, Florida. Araiza's surrender time is no later than 2:00 p.m. on September 11,

25  2017. Unfortunately, the family inadvertently purchased non-refundable airline tickets for a

26  flight that does not touch down in Florida until about 5:00 p.m. on that same day, and they will

27  then need to rent a car and drive to the facility. This one-day extension of Araiza's surrender

28  date is requested to allow time for Araiza to surrender to the designated facility in a timely

manner without purchasing additional airline tickets. The government does not object to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: September 6, 2017          /s/ Melanie Alsworth
                                  MELANIE ALSWORTH
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender


DATED: September 6, 2017           /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  Marcus Anthony Maluhia Araiza, Jr.

## O R D E R

The date for Marcus Anthony Maluhia Araiza, Jr. to surrender to the United States Bureau of Prisons for service of his term of incarceration is hereby extended from September 11, 2017, to September 12, 2017, at no later than 2:00 p.m. All other conditions of Mr. Araiza's release shall remain in full force and effect.


IT IS SO ORDERED.

Dated:   **September 6, 2017**          _____
                                         UNITED STATES DISTRICT JUDGE