| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MARCUS ANTHONY MALUHIA ARAIZA, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 1:15-cr-00239-DAD-BAM
)
    *Plaintiff,* ) STIPULATION AND ORDER
v. ) TO EXTEND SURRENDER DATE
)
MARCUS ANTHONY MALUHIA )
ARAIZA, JR., )
) Judge: Hon. Dale A. Droza
    *Defendant.* )
)
)

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, that the surrender date for Marcus Anthony Maluhia Araiza, Jr., to the United States Bureau of Prisons, to commence service of his term of incarceration, may be extended to no later than 2:00 p.m., on Friday, September 29, 2017. The current surrender date is Tuesday, September 12, 2017. All other conditions of Mr. Araiza's release shall remain in full force and effect.

    The United States Bureau of Prisons has designated Mr. Araiza to report to its facility located in Mariano, Florida. Araiza purchased airline tickets for a flight scheduled to arrive in Orlando, Florida on September 11, which would allow his family to rent a vehicle and drive to the facility for Araiza's September 12 surrender. However, due to hurricane Irma, the flight was cancelled.

/ / /

Mr. Araiza's conditions of releases require that he be accompanied by a responsible adult when he travels to surrender, and his mother is the person who will accompany him. It is requested that Araiza's surrender date be extended to September 29, 2017, as that is the next available date that corresponds with her work schedule.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: September 11, 2017     /s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney
Counsel for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: September 11, 2017     /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Counsel for Defendant
Marcus Anthony Maluhia Araiza, Jr.

## **O R D E R**

**IT IS SO ORDERED.** The date for Marcus Anthony Maluhia Araiza, Jr. to surrender to the United States Bureau of Prisons for service of his term of incarceration is hereby extended to Friday, September 29, 2017, at no later than 2:00 p.m. All other conditions of Mr. Araiza's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 11, 2017**

UNITED STATES DISTRICT JUDGE